# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

M. RANDY RICE, Chapter 7 Trustee for
Shur-Value Stamps, Inc., Supermarket
Developers, Inc., Mechanical Refrigeration
and Air Conditioning, Inc., and Supermarket
Investors, Inc.                                                                                          PLAINTIFFS

v.                            CASE NO. 4:11mc00024 BSM

JOHN MILLS et al.                                                                                     DEFENDANTS

Consolidated With:

M. RANDY RICE, Chapter 7 Trustee for
Shur-Value Stamps, Inc., Supermarket
Developers, Inc., Mechanical Refrigeration
and Air Conditioning, Inc., and Supermarket
Investors, Inc.                                                                                          PLAINTIFF
v.                            CASE NO. 4:11mc00025 JMM

JOHN MILLS et al.                                                                                     DEFENDANTS

Consolidated With:

M. RANDY RICE, Chapter 7 Trustee for
Shur-Value Stamps, Inc., Supermarket
Developers, Inc., Mechanical Refrigeration
and Air Conditioning, Inc., and Supermarket
Investors, Inc.                                                                                          PLAINTIFF
v.                            CASE NO. 4:11mc00026 DPM

JOHN MILLS et al.                                                                                     DEFENDANTS

**Consolidated With:**

**M. RANDY RICE, Chapter 7 Trustee for
Shur-Value Stamps, Inc., Supermarket
Developers, Inc., Mechanical Refrigeration
and Air Conditioning, Inc., and Supermarket
Investors, Inc.**                                                                                          **PLAINTIFF**

v.                          **CASE NO. 4:11mc00027 DPM**

**JOHN MILLS et al.**                                                                    **DEFENDANTS**

**Consolidated With:**

**M. RANDY RICE, Chapter 7 Trustee for
Shur-Value Stamps, Inc., Supermarket
Developers, Inc., Mechanical Refrigeration
and Air Conditioning, Inc., and Supermarket
Investors, Inc.**                                                                                          **PLAINTIFF**

v.                          **CASE NO. 4:11mc00028 JMM**

**JOHN MILLS et al.**                                                                    **DEFENDANTS**

## ORDER

A motion and supplemental motion to consolidate has been filed in each case. After reviewing the allegations in these cases, it is concluded that consolidation of the five actions is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case (*Rice v. Mills*, 4:11mc00024 BSM) is designated the lead case and all future pleadings shall be filed in the lead case.

IT IS SO ORDERED this 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE